IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| TERRY RATCLIFFE, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | NO. 3:18-cv-01177 |
| v. | ) ) | JUDGE RICHARDSON |
| FOOD LION, LLC, | ) ) | |
| Defendant. | ) ) | |

# ORDER

Pending before the Court are Plaintiff's Unopposed Motion for Approval of Settlement, Service Awards, Attorneys' Fees and Costs, and Dismissal of Lawsuit (Doc. No. 139) and accompanying documents. The Court has reviewed the documents and has one question: what is the estimated amount of the settlement administration fees to be deducted from the Gross Settlement Fund (thus reducing the amount of the Net Settlement Fund prior to its distribution to the collective action plaintiffs)? The parties shall advise the Court of this estimated amount by October 16, 2020.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE